IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| HAROLD WITTROCK, | Civ. 17-4149 |
| Plaintiff, | |
| vs. | |
| FIRST NATIONAL BANK IN SIOUX FALLS and JACKSON NATIONAL LIFE INSURANCE CO., | **JUDGMENT OF DISMISSAL** |
| Defendants, | |
| and | |
| CETERA INVESTMENT SERVICES, LLC, f/k/a PRIMEVEST FINANCIAL SERVICES, | |
| Defendant/Third-Party Plaintiff, | |
| vs. | |
| ROGER KAPPEL, | |
| Third-Party Defendant. | |

---

Pursuant to Federal Rule of Civil Procedure 41(a), based upon the stipulation of the parties and for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed, with prejudice, regarding any claims asserted against Defendants Cetera Investment Services, LLC f/k/a PrimeVest Financial Services, First National Bank in Sioux Falls and Jackson National Life Insurance Co. It is further

1

ORDERED, ADJUDGED AND DECREED that any claims in the above titled action against Third-Party Defendant Roger Kappel are dismissed without prejudice. It is further

ORDERED, ADJUDGED AND DECREED that each party will bear its own costs, disbursements and attorneys' fees in this matter.

Dated July 17, 2018.

BY THE COURT:

Karen E. Schreier
United States District Judge